IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

ROSA HERNANDEZ,                        *
                                       *
          Plaintiff,                   *
                                       *
     v.                                *          CV 114-001
                                       *
AJ SERVICES JOINT VENTURE I, LLP,      *
                                       *
          Defendant.                   *

_____

**O R D E R**

_____

Presently before the Court is the parties' joint notice of settlement, wherein they represent that they have settled all claims and that a stipulation of dismissal with prejudice will follow the execution of a written settlement agreement. (Doc. 15.) With the instant notice, the parties request that this Court withdraw its February 25, 2015 Order and Notice of Pretrial Proceedings and dismiss the case with leave to reopen within the next thirty (30) days. The Court declines the parties' request to dismiss this case, and instead **DIRECTS** the parties to file a status report addressing the execution of a written settlement agreement within **THIRTY (30) DAYS** of this Order. Furthermore, the Court **WITHDRAWS** its Order and Notice of Pretrial Proceedings. (Doc. 14.)

     **ORDER ENTERED** at Augusta, Georgia, this 26th day of February, 2015.

                                   _____
                                   HONORABLE J. RANDAL HALL
                                   UNITED STATES DISTRICT JUDGE
                                   SOUTHERN DISTRICT OF GEORGIA

1