IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ROSA HERNANDEZ, | * | |
| Plaintiff, | * | |
| v. | * | CV 114-001 |
| AJ SERVICES JOINT VENTURE I, LLP, | * | |
| Defendant. | * | |

**ORDER**

Presently before the Court is the parties' Stipulation of Dismissal with Prejudice. (Doc. 19.) Plaintiff has agreed to dismiss the above-referenced action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the Court **DISMISSES WITH PREJUDICE** all claims asserted in this matter. The Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of April, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA